for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas H. Tracey* and *Mr. Almon Hall* for petitioner. *Mr. Melville Church* for respondent.

---

· · No. 763. JOHN B. HECKENDORN, PETITIONER, *v.* THE UNITED STATES. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Everit Brown* and *Mr. H. J. Cookinham* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 764. THE WOLF BROTHERS & COMPANY, PETITIONER, *v.* HAMILTON-BROWN SHOE COMPANY. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lawrence Maxwell* and *Mr. Simeon M. Johnson* for petitioner. *Mr. Paul Bakewell* and *Mr. Joseph R. Edson* for respondent.

---

No. 771. THE NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, PETITIONER, *v.* WALTER BAKER & COMPANY, LIMITED. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William Greenough* for petitioner. *Mr. Eugene P. Carver* and *Mr. Horace L. Cheyney* for respondent.

---

No. 772. UNITED STATES OF AMERICA, PETITIONER, *v.* DANIEL GARRIGAN. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the

Seventh Circuit denied. *Mr. Alfred S. Austrian* and *Mr. John B. Daish* for petitioner. No appearance for respondent.

---

No. 773. CORN PRODUCTS REFINING COMPANY, PETITIONER, *v.* GEORGE F. HARDING ET AL. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Levy Mayer* and *Mr. John B. Daish* for petitioner. *Mr. George F. Harding* for respondents.

---

No. 788. EAGLE OIL COMPANY ET AL., PETITIONERS, *v.* VACUUM OIL COMPANY. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Eugene Mackey* and *Mr. Cornelius D. Scully* for petitioners. *Mr. C. Schuyler Davis* and *Mr. Howard L. Osgood* for respondent.

---

No. 789. CORN PRODUCTS REFINING COMPANY, PETITIONER, *v.* ROBERT KING. April 12, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John B. Daish* for petitioner. *Mr. Lindorf O. Whitnel* for respondent.

---

No. 768. BROWN-KETCHAM IRON WORKS, PETITIONER, *v.* BANK OF COMMERCE & TRUST COMPANY ET AL. April 19, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Caruthers Ewing* for petitioner. *Mr. J. W. Canada* for respondents.